AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

United States of America
v.

JOSE ARMANDO SAMPAYO-ANTONIO

*Defendant(s)*

Case No. 8:26MJ402

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 10, 2026 in the county of Douglas in the District of Nebraska, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, resisting, opposing, impeding, intimidating and interfering with a federal officer. |

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Mark Lee, HSI Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 9/4/2026

[signature]
*Judge's signature*

City and state: Omaha, NE

Ryan C. Carson, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ARMANDO SAMPAYO-ANTONIO,<br><br>Defendant. | 8:26MJ402 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT FOR THE ARREST OF JOSE ARMANDO SAMPAYO-ANTONIO**

I, Mark Lee, being duly sworn, depose and state as follows:

## I. INTRODUCTION

1. I am a Special Agent with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), Immigration and Customs Enforcement ("ICE"), and I have been personally involved in the investigation of this matter. I have been a special agent with the federal government for approximately nineteen (19) years. Prior to this, I worked as an Immigration Enforcement Agent with the Enforcement and Removal Office within ICE in Bloomington, Minnesota, for four (4) years. I have been employed by HSI since July 2007.

2. I am currently assigned to the HSI Omaha Field Office in Omaha, Nebraska. I am responsible for enforcing federal criminal statutes, including, among others, violations of Title 18 of the United States Code (U.S.C.). I have received training and have experience relating to Federal Criminal Procedures, Federal Statutes, and U.S. Immigration and Customs regulations. My responsibilities as an HSI Special Agent include investigating criminal violations involving the immigration and nationality laws of the of the United States. As a Special Agent of HSI, I am authorized to investigate violations of laws under Title 18 (Crimes and Criminal Procedure of the

United States), and I am a law enforcement officer with authority to execute arrest, search, and seizure warrants under the authority of the United States. The information set forth in this affidavit is based on my personal knowledge, observations, and the review of documents and information obtained during this investigation. It is also based on information provided by other agencies involved or who have participated in this investigation. Because this affidavit is for the limited purpose of establishing probable cause to support the issuance of an arrest warrant for Jose Armando SAMPAYO-ANTONIO, it contains only a summary of relevant facts. I have not included each and every fact known to me concerning this investigation.

## II. APPLICABLE LAW AND DEFINITIONS

3. Title 18, United States Code, Section 111, provides in part that (a) Whoever:

(1) forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services) while engaged in or on account of the performance of official duties………shall, where the acts in violation of this section constitute only simple assault, be fined under this title or imprisoned not more than one year, or both, and where such acts involve physical contact with the victim of that assault or the intent to commit another felony, be fined under this title or imprisoned not more than 8 years, or both.

## III. FACTS ESTABLISHING PROBABLE CAUSE

4. On August 10, 2026, at approximately 7:57 a.m., Nebraska State Patrol (NSP) Trooper Kaleb Mayfield stopped a gray Volkswagen Jetta for an inoperable taillight near Ames Avenue and N 24th Street in Omaha, Nebraska. Trooper Mayfield identified the driver of vehicle as Jose Armando SAMPAYO-ANTONIO through his Mexican identification card.

5. Trooper Mayfield asked SAMPAYO-ANTONIO if he had any documentation proving legal immigration status in the United States and SAMPAYO-ANTONIO responded he did not and said he was going to try and obtain a work authorization card. Trooper Mayfield is delegated authority to perform certain immigration officer functions under ICE's 287(g) Program.

6. Trooper Mayfield notified ICE Deportation Officer (DO) Kenneth Madill about the stop and forwarded SAMPAYO-ANTONIO's biographical information to DO Madill for immigration status confirmation. DO Madill is assigned to the ICE Fugitive Operations Team (FOT) and responded to Trooper Mayfield's location to conduct an immigration interview of SAMPAYO-ANTONIO.

7. Prior to DO Madill's arrival at the location of the traffic stop, Trooper Mayfield had SAMPAYO-ANTONIO exit his vehicle and wait near the front area of his patrol vehicle. Trooper Mayfield attempted to put handcuffs on SAMPAYO-ANTONIO to detain him, and SAMPAYO-ANTONIO became increasingly nervous and agitated and did not comply with Trooper Mayfield's commands. Trooper Mayfield called DO Madill, who was waiting nearby, and asked him to come to his location. As DO Madill arrived at Trooper Mayfield's location, SAMPAYO-ANTONIO fled on foot, running eastbound on Ames Avenue.

8. The following image (Image 1) is from Trooper Mayfield's body worn camera and shows SAMPAYO-ANTONIO fleeing from the traffic stop location at approximately 8:12 a.m.




Image 1

9. Both Trooper Mayfield and DO Madill pursued SAMPAYO-ANTONIO in their respective vehicles and caught up with him near Ames Avenue and N 22nd Street at approximately 8:13 a.m. Trooper Mayfield chased SAMPAYO-ANTONIO on foot from the south side of Ames Avenue across the street until he was tripped by a civilian near a grass lot across the street from a Dino's Storage facility located at 2204 Ames Avenue, Omaha, Nebraska. The following image (Image 2) is from Trooper Mayfield's body worn camera footage and depicts Tropper Mayfield chasing SAMPAYO-ANTONIO a few seconds before he was tripped by a civilian.




Image 2

10. After SAMPAYO-ANTONIO was tripped he got back up and continued to resist arrest by Trooper Mayfield. DO Madill arrived at the location and verbally identified himself to SAMPAYO-ANTONIO as immigration and was wearing a tactical vest that had markings that said "ICE" and "POLICE."

11. From approximately 8:13 a.m. to 8:19 a.m. both Trooper Mayfield and DO Madill attempted to arrest SAMPAYO-ANTONIO. Both Trooper Mayfield and DO Madill issued commands to SAMPAYO-ANTONIO to stop resisting arrest and comply. During the incident, SAMPAYO-ANTONIO pushed DO Madill and concealed his hands under his body to prevent DO Madill and Trooper Mayfield from putting handcuffs on him. SAMPAYO-ANTONIO also grabs Tropper Mayfield's and DO Madill's hands or arms during the incident to prevent them from being

able to put him in handcuffs. Both DO Madill's and Trooper Mayfield's body worn cameras fell off their person approximately half-way through the incident.

12. The following three images are from Trooper Mayfield's body worn camera and show SAMPAYO-ANTONIO grabbing DO Madill's hand (Image 3), Trooper Mayfield's hand (Image 4) and concealing his hands under his body to avoid being handcuffed (Image 5).




Image 3




Image 4




Image 5

13. The following two images (Image 6 and Image 7) are from DO Madill's body worn camera and show physical contact by SAMPAYO-ANTONIO to avoid arrest.




Image 6




Image 7

14. After SAMPAYO-ANTONIO was in custody, DO Madill interviewed SAMPAYO-ANTONIO and determined he is a citizen of Mexico illegally present in the United States and arrested him for administrative immigration violations and transported him to the ICE District Office in Omaha, Nebraska for additional processing.

15. Trooper Mayfield issued SAMPAYO-ANTONIO summonses for State of Nebraska violations for Improper/Defective Vehicle Lighting, No Operator's License, Obstruct a Peace Officer, and Resist Arrest 1st Offense.

16. Your Affiant has reviewed relevant reports by Trooper Mayfield and DO Madill, as well camera footage from the incident, and believes based on the foregoing information, there is probable cause to believe that Jose Armando SAMPAYO-ANTONIO is in violation of Title 18, United States Code, 111(a)(1).

Mark Lee
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations (HSI)

SUBSCRIBED and SWORN before me by telephone or other reliable electronic means on September 4th, 2026.

RYAN C. CARSON
United States Magistrate Judge