IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ARMANDO SAMPAYO-ANTONIO,<br><br>Defendant. | 8:26MJ402<br><br>ORDER FOR DISMISSAL |

This matter is before the Court on the government's Motion to Dismiss the Criminal Complaint (Filing No. 15) pursuant to Federal Rule of Criminal Procedure 48(a). The Court has carefully reviewed the record in this case and finds as follows:

1. Leave of the Court is granted for filing of the dismissal, without prejudice, of the Criminal Complaint against the defendant.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion to Dismiss the Criminal Complaint without prejudice (Filing No. 15), is granted.

Dated this 15th day of October, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge